IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. 0 5 - 1 0 0 1 9 - T |
| ISAAC JEROME JONES, | ) |
| Defendant. | ) |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

James W. Powell, Assistant United States Attorney for the Western District of Tennessee, petitions the Court for a Writ to have **ISAAC JEROME JONES**, SSN 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, now being detained in the Madison County Jail, in the custody of Sheriff David Woolfork, appear before this Court on: MONDAY 04-11-05 at 2:00 a.m./p.m. for initial appearance in the above-styled case and for such other appearances as this Court may direct.

Respectfully submitted this 29th day of March 2005.

JAMES W. POWELL
Assistant United States Attorney
109 South Highland, Suite 300
Jackson, Tennessee 38301
(731) 422-6220

## ORDER

Upon consideration of the foregoing Application,
U.S. Marshal David G. Jolley and Madison County Sheriff David Woolfork

YOU ARE HEREBY ORDERED to have Isaac Jerome Jones appear before this Court as directed.

ENTERED this 01st day of April 2005.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CR-10019 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT