IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 05-10019-T-An |
| ) | |
| ISAAC JEROME JONES, ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS

The Government has filed a motion to dismiss the indictment on the ground that Defendant has already pled guilty in state court to an offense based on the same conduct that is the subject of the federal indictment. For good cause shown, the motion to dismiss is GRANTED, and the indictment filed against Defendant is hereby DISMISSED.

IT IS SO ORDERED.

/s/ James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

8 June 2005
DATE


This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6/9/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:05-CR-10019 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT